UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM MOORE-BEY,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ZETTIE COTTON, et al.,<br><br>　　　　　　　Defendants. | No. 1:05-cv-599-RLY-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment are **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.


Date:  August 28, 2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court


Distribution:

William Moore, DOC #861003, Miami Correctional Facility, P.O. Box 900,
　　　Bunker Hill, IN  46914
David Douglas Becsey, ZEIGLER COHEN & KOCH, dbecsey@zcklaw.com
Andrew Ryzard Bloch, ZEIGLER COHEN & KOCH, abloch@zcklaw.com
Todd A. Weaver, INDIANA STATE ATTORNEY GENERAL, tweaver@atg.state.in.us